■ KESSEL BRENT CORPORATION et al., Appellants, v BENDERSON PROPERTY DEVELOPMENT, INC., Respondent. [855 NYS2d 410]—Appeal from an order of the Supreme Court, Oneida County (John W. Grow, J.), entered January 19, 2007 in a breach of contract action. The order, among other things, awarded defendant legal fees and disbursements pursuant to the parties' agreement.

It is hereby ordered that the order so appealed from is unanimously affirmed with costs. Present—Centra, J.P., Lunn, Peradotto, Green and Pine, JJ.